No. 1253, Misc. O'Connor v. United States. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for the United States.

No. 1362, Misc. Procella v. Texas. Ct. Crim. App. Tex. Certiorari denied. *Orville A. Harlan* for petitioner.

No. 1363, Misc. Guymon v. Wilson, Warden. Sup. Ct. Cal. Certiorari denied.

No. 1374, Misc. Moore v. California et al. C. A. 9th Cir. Certiorari denied.

No. 49. Mishkin v. New York, 383 U. S. 502;

No. 347. In re Foster, 383 U. S. 966;

No. 694. Perry v. Commerce Loan Co., 383 U. S. 392;

No. 932. Goodman et ux. v. Futrovsky et al., 383 U. S. 946;

No. 986. Fried v. Brooklyn Bar Association, 383 U. S. 945;

No. 1038. Grasberger, Trustee in Bankruptcy, et al. v. Calissi, Executrix, et al., 383 U. S. 947;

No. 1009, Misc. Michaels v. United States, 383 U. S. 918; and

No. 1262, Misc. White v. Wilson, Warden, et al., 383 U. S. 962. Petitions for rehearing denied.

No. 42. Ginzburg et al. v. United States, 383 U. S. 463. Motion of Ernest Angell et al. for leave to file a brief, as *amici curiae,* in support of the petition for rehearing granted. Petition for rehearing denied. *Ernest Angell* on the motion.

No. 843. Ginsburg v. Ginsburg et al., 383 U. S. 907, 963. Petition for rehearing sur motion to remand is denied.